# United States Court of Appeals
## For the First Circuit

———————————————

No. 25-1009

UNITED STATES,

Appellee,

v.

DANIELLE MCBREAIRTY,

Defendant - Appellant.

———————————————

**ORDER OF COURT**

Entered: April 4, 2025

    Defendant-Appellant Danielle McBreairty has filed a "Renewed Motion for Access to Transcript," through which she seeks access to "the transcript of the trial court proceedings on December 11, 2024 in *USA v. Corbett, et al.*, 1:22-cr-000023-SDN (D. Me)." McBreairty has made a sufficient showing that the requested transcript is relevant to her appeal. The renewed motion is therefore granted as follows.

    We hereby authorize transcription of "the trial court proceedings on December 11, 2024 in *USA v. Corbett, et al.*, 1:22-cr-000023-SDN (D. Me)." However, before the transcript is filed on the district court docket, the district court should determine whether the transcript is subject to restricted access. If the district court determines that the transcript is subject to restricted access, defendant should request permission from the district court to access the transcript.

    A copy of this order shall be provided to the district court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Stacey D. Neumann, Christa Berry, Clerk, United States District Court for the District of Maine, Joel B. Casey, Lindsay Feinberg, Tyler Justin Smith